

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2023

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Sharief Williams*, 18 Cr. 732 (RJS)

Dear Judge Sullivan:

The Government writes to provide a status update regarding the violation of supervised release ("VOSR") hearing against the defendant in the above-captioned case. After conferring with defense counsel, the Government has learned that the defendant's state charges were recently dismissed. The Government and defense counsel are discussing a potential resolution of the pending VOSR specifications in light of the dismissal, and request additional time to complete these discussions before scheduling any hearing.

In light of the foregoing, the parties respectfully request that the Court grant the parties until May 4, 2023 to provide a further status update regarding the need for a VOSR hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

```
The parties' request is GRANTED.  Accordingly, IT
IS HEREBY ORDERED THAT the parties will provide a
status update to the Court no later than May 4,
2023.

SO ORDERED.

Dated: April 16, 2023
New York, New York
                          _____
                          Hon. Richard J. Sullivan
                          United States Circuit Judge
                          Sitting by Designation
```

Cc: Marne Lenox, Esq. (via ECF)