

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2023

**VIA ECF**
The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States* v. *Sharief Williams*, 18 Cr. 732 (RJS)

Dear Judge Sullivan:

  The Government writes to request one additional week to provide a status update regarding the violation of supervised release ("VOSR") hearing against the defendant in the above-captioned case. After conferring with defense counsel, the Government has learned that defense counsel requires additional time to discuss a potential resolution with the defendant, in light of his recently-dismissed state charges. Given the possibility of a resolution, and given that defense counsel has requested more time to confer with the defendant, the Government respectfully submits that a brief one-week adjournment will help facilitate ongoing discussions.

  In light of the foregoing, the parties respectfully request that the Court grant the parties until May 11, 2023 to provide a further status update regarding the need for a VOSR hearing.

```
The parties' request is GRANTED.  Accordingly, IT IS
HEREBY ORDERED THAT the parties will provide a status
update to the Court no later than May 11, 2023.

SO ORDERED.

Dated: May 3, 2023
New York, New York
                            _____
                            Hon. Richard J. Sullivan
                            United States Circuit Judge
                            Sitting by Designation
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
  Sarah Mortazavi
  Assistant United States Attorney
  (212) 637-2520

Cc: Marne Lenox, Esq. (via ECF)