**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2023

<u>BY ECF</u>

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Sharief Williams</u>
                   18 Cr. 732 (RJS)

Dear Judge Sullivan:

      I write as counsel to Sharief Williams in the above captioned matter to respectfully request an adjournment of the June 13, 2023 status conference. The government does not object to this request.

      I am currently on trial before Judge Caproni. Accordingly, and because Mr. Williams recently began a new job, I respectfully request that the Court adjourn this matter until Wednesday, June 28 or Friday, June 30.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Sharief Williams*

cc:    Counsel of record

```
Defense counsel's motion is granted.  IT IS
HEREBY ORDERED THAT the VOSR conference in
this matter is adjourned to Wednesday, June
28, 2023 at 3:00 p.m. in Courtroom 21C at
the Daniel Patrick Moynihan Courthouse, 500
Pearl Street, New York, New York 10007.
```

SO ORDERED: _____
Dated: 6/8/23
RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation