UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

SHARIEF WILLIAMS,

               Supervisee.

No. 18-cr-732 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the sentencing in this matter, which is currently scheduled for Monday, October 30, 2023 at 3:00 p.m., will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    October 24, 2023
             New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation