UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SHARIEF WILLIAMS,

               Supervisee.

No. 18-cr-732 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Supervisee's letter, dated October 27, 2023, requesting a one-month adjournment of his VOSR sentencing due to injuries he sustained in a recent accident. (Doc. No. 60). IT IS HEREBY ORDERED THAT the sentencing previously scheduled for Monday, October 30, 2023, at 3:00 pm is adjourned to Wednesday, November 29, 2023, at 10:00 am.

SO ORDERED.

Dated:    October 28, 2023
            New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation