UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SHARIEF WILLIAMS,

               Supervisee.

No. 18-cr-732 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the VOSR sentencing in this matter, which was previously scheduled for 10:00 a.m. on Wednesday, November 29, 2023, is adjourned. The sentencing will instead take place on Friday, December 15, 2023, at 3:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    November 27, 2023
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation